## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **MASOOMEH ASHOORI MATINI,**<br>Plaintiff(s),<br><br>vs.<br><br>**RELIANCE STANDARD LIFE INSURANCE COMPANY.**<br>Defendant(s). | **Civil Case No.  05-2254 (HHK)** |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case have been filed in paper form in a the Clerk's Office.  They are available for public viewing  and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.


**NANCY MAYER-WHITTINGTON**

Clerk