# GOVERNMENT OF THE DISTRICT OF COLUMBIA – DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**1a. Decedent's Legal Name:** HOUMAN MICHAEL MATINI
**1b. Decedent's AKA:**
**2. Sex:** MALE
**3. Social Security Number:** 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
**4a. Age:** 36
**5. Date of Birth:** 7/9/1968
**6. Birthplace:** Iran
**7a. Residence – State:** Virginia
**7b. County:** Fairfax
**7c. City, Town, or Location:** Vienna
**7d. Street and Number:** 1919 Gables Ln.
**7f. Zip Code:** 22182
**7g. Inside City Limits?:** Yes
**8. Ever in U.S. Armed Forces?:** No
**9a. Marital Status at Time of Death:** Married, but separated
**10. Surviving Spouse:** Massomeh Ashoori
**11. Father's Name:** Nasser Matini
**12. Mother's Name Prior to First Marriage:** Mahin Ferdows
**13a. Informant's Name:** Alex Matini
**13b. Relationship to Decedent:** brother
**13c. Mailing Address:** 1015 33rd St., N.W. Wash., D.C. 20007

**14. Place of Death:** Inpatient
**15. Facility Name:** George Washington University Hospital
**16. City, Town, State, Zip Code:** Washington, D.C.
**17. County of Death:**
**18. Method of Disposition:** Burial
**19a. Place of Disposition:** National Memorial Park
**19b. Date of Disposition:** 2/25/05
**20. Location:** Falls Church, VA
**21. Name and Complete Address of Funeral Facility:** Universal, Inc. 411 Kennedy St. N.W. Wash., D.C. 20011
**23. License Number:** 064

**24. Date Pronounced Dead:** February 20, 2005
**25. Time Pronounced Dead:** 1:01 P.M.
**29. Actual or Presumed Date of Death:** N/A
**30. Actual or Presumed Time of Death:** N/A
**31a. Was Medical Examiner Contacted?:** Yes
**31b. ME Case Number:** 05-0520

**CAUSE OF DEATH**
**32. Part I — Immediate Cause:** BLUNT IMPACT HEAD, NECK AND CHEST TRAUMA

**33. Was an Autopsy Performed?:** Yes
**34. Were Autopsy Findings Available to Complete the Cause of Death?:** Yes
**37. Manner of Death:** Accident
**38. Date of Injury:** February 20, 2005
**39. Time of Injury:** Approx. 2:10 A.M.
**40. Place of Injury:** Street
**41. Injury at Work?:** No
**42. Location of Injury:** Washington, D.C. 3600 Blk. of M St., N.W.
**43. Describe How Injury Occurred:** Driver involved in accident
**44. If Transportation Accident, Specify:** Driver/Operator

**45. Certifier:** Medical Examiner
**46. Name, Title and Address of Certifier:** Constance R. DiAngelo, M.D. 1910 Massachusetts Avenue SE, WDC
**49. Date Certified:** 02-27-05

**51. Decedent's Education:** Bachelor's degree
**52. Decedent of Hispanic Origin:** No
**53. Decedent's Race:** White
**54. Decedent's Usual Occupation:** Management
**55. Kind of Business/Industry:** Information Technology

---

I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE FILED IN THE VITAL RECORDS DIVISION, DISTRICT OF COLUMBIA, DEPARTMENT OF HEALTH.

WARNING: IT IS UNLAWFUL TO MAKE A COPY OF THIS DOCUMENT AND PRESENT IT AS AN ORIGINAL CERTIFICATE OR COPY OF A VITAL RECORD.

**Date Issued:** March 1, 2005

JULIA DAVIDSON-RANDALL, REGISTRAR


PLAINTIFF'S EXHIBIT A