**F. Alexander Matini**

1015 23rd Street, NW, Unit 410
Washington, DC 20007

Telephone   (202) 828-8000
Facsimile   (202) 318-8899
Email       alexmatini@yahoo.com

March 18, 2005

<u>Sent via USPS Certified Mail, Return Receipt Requested</u>

Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Reliance Standard Life Insurance Company
Claims Department
P. O. Box 8330
Philadelphia, PA 19101-8330
800-644-1103

Professional Benefit Solutions, Inc.
14504 Greenview Drive, Suite 506
Laurel, MD 20708

Sytex, Inc.
2003 South Easton Road, Suite 308
Doylestown, PA 18901

| REF: | | |
|---|---|---|
| | Policyholder: | The RSL Employer Trust |
| | Group Policy Number: | VAR 100,005 |
| | Policy Effective Date: | June 1, 1994 |
| | Participating Unit: | Sytex, Inc. |
| | Participating Unit Number: | VAR 202119 |
| | Participating Unit Effective Date: | January 1, 2003, as amended through June 7, 2004 |
| | Plan Name: | Group Accidental Death & Dismemberment Insurance |
| | Sponsor Employer ID #: | 23-2510709 |
| | Plan Number: | 505 |
| | Type of Plan: | Accidental Death & Dismemberment Plan |
| | Insured Person: | Houman Michael Matini |
| | Insured Person's SS #: | 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 |

Dear Sir/Madam:

Please be advised that I am the Executor for the Estate of Houman Michael Matini who passed away February 20, 2005 in an automobile accident. With this letter, I am putting all named addresses on notice that the family and the Estate of Houman Michael Matini plan to challenge any pay outs to anyone other than the deceased's father.


PLAINTIFF'S EXHIBIT F

Letter to:
Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090

Reliance Standard Life Insurance Company
Claims Department
P. O. Box 8330
Philadelphia, PA 19101-8330
800-644-1103

Professional Benefit Solutions, Inc.
14504 Greenview Drive, Suite 506
Laurel, MD 20708

Sytex, Inc.
2003 South Easton Road, Suite 308
Doylestown, PA 18901

March 18, 2005
Page 2 of 2

Nasser Matini. We will hold all addresses above liable for any payments made until such challenge is legally resolved and appropriate legal notices are furnished to all parties.

You will be next contacted by attorneys representing the family and the Estate of Houman Michael Matini.

Sincerely,

F. Alexander Matini
Executor for
Estate of Houman Michael Matini

/am