IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 1:05CV01101(HHK) |
| MASOOMEH ASHOORI MATINI, | : : : | |
| and | : : | |
| F. ALEXANDER MATINI, | : : : | |
| Claimants. | : : | |
| MASOOMEH ASHOORI MATINI | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No.: 1:05CV02254(HHK) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

**DECLARATION IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

In support of the application for admission *pro hac vice* in this matter, and pursuant to the Local Rules of Civil Procedure for the United States District Court for the District of Columbia, Hillary J. Collyer states as follows:

1. My full name is Hillary Jane Collyer.

2. I am attorney admitted to practice before the following bars: United States Court of Appeals for the Fourth Circuit, United States District Court for the Eastern District of Virginia, and the Virginia State Bar.

3. My offices are located at 908 King Street, Suite 200, Alexandria, Virginia, 22314,

and my telephone number is (703) 684-4333.

4. I have never been disciplined by any bar and do not believe that any bar complaint has ever been filed against me.

5. I have not sought admission *pro hac vice* in this court within the past two years.

6. I do not have an office in the District of Columbia.

7. I hereby certify that I have read and am personally familiar with the Local Rules of this Court.

I affirm under penalty of perjury that the foregoing is true and correct.

                                               /s/ _____
                                               Hillary J. Collyer